UNITED STATES OF AMERICA
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DIAMOND WILSON, individually and as next friend of L.S., a minor, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 2015 |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiffs, Diamond Wilson and L.S., by their attorney, Brian Hiatt, hereby complain of Defendant, the United States of America, as follows:

### PRELIMINARY STATEMENT

1. Plaintiffs are United States citizens who were injured in a motor vehicle accident involving a vehicle driven by Beth A. Beck, a federal employee of Hines VA Hospital, Hines, Illinois, who was acting within the scope of her employment.  As a result of the accident, Plaintiffs suffered personal injuries and property damage.

2. Plaintiff brings this action against Defendant United States of America pursuant to the Federal Tort Claims Act.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over the subject matter of this Complaint under 28 U.S.C. §§ 1331 & 1346(b).

4. Plaintiffs submitted their claim on September 13, 2013.  More than six months has passed since the claim was submitted and no decision regarding the claim has been made as of the date of filing this Complaint.

5. Venue is properly with this District under 28 U.S.C. § 1402(b) as the accident occurred in Kankakee County, Illinois.

## FACTUAL ALLEGATIONS

6. On August 22, 2013, Plaintiff Diamond Wilson was operating a vehicle in the area of River Street and Osborn Avenue in Kankakee, Illinois. Plaintiff L.S., her son, was riding in the vehicle as a passenger. Plaintiffs were traveling westbound on River Street.

7. On August 22, 2013, Beth A. Beck ("Beck") was operating a vehicle in the same location, traveling northbound on Osborn Avenue. Osborn Avenue at River Street is governed by a stop sign. River Street has no stop sign and has the right of way.

8. At all times, Beck was acting within the scope of her employment with Hines VA Hospital in Hines, Illinois.

9. Beck was negligent in one or more of the following respects:

   a. Driving his vehicle without keeping a proper and sufficient look-out;

   b. Failing to yield the right-of-way to traffic on River Street;

   c. Failing to come to a complete stop at a stop sign;

   d. Otherwise acting carelessly and negligently.

10. As a proximate result of one or more of the negligent acts or omissions of Beck, the vehicle driven by her collided with Plaintiffs' vehicle, causing them personal injuries and property damage.

11. Beck's conduct constitutes the tort of negligence under Illinois law.

12. Defendant United States of America is liable for Beck's negligence under the Federal Tort Claims Act.

WHEREFORE, Plaintiffs request that they be awarded compensatory damages, reasonable attorney fees and costs, and other relief deemed appropriate.

                                                           DIAMOND WILSON, individually
                                                           and as next friend of L.S.

By:    /s/ Brian Hiatt
         Brian Hiatt, their attorney

Brian G. Hiatt
18 Briarcliff Professional Center
Bourbonnais, IL  60914
(815) 791-8129
brian@brianhiattlaw.com