Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

DIAMOND WILSON and LS, )
)
)

Plaintiffs,

vs. ) Case Number: 15-2182
)
)
UNITED STATES OF AMERICA, )
)

Defendant.

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** this case is dismissed pursuant to Fed.R.Civ.P. § 41 (a) (2)), with prejudice.

**Dated: 12/19/2016**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court